

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ANDREW G. OWEN**
*Special Assistant Corporation Counsel*
phone: (212) 341-2652
fax: (212) 788-3824
email: aowen@law.nyc.gov

July 23, 2012

**By ECF**
Hon. James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Charles Steed v. The City of New York
12-cv-1799 (WFK) (JO)

Dear Judge Orenstein:

I am a Special Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. I write to inform the Court that defendants have complied with the orders of May 2, 2012 and July 17, 2012 that we provide the plaintiff with the names, shield numbers and proper service addresses of all individual officers involved in the arrest at issue in this case.

Thank you in advance for your attention to this matter.

Respectfully,

/s/

Andrew G. Owen
Special Assistant Corporation Counsel

By ECF
Cc: Darius Wadia, Esq.
*Attorney for Plaintiff*