

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Senior Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |
|---|---|---|

May 28, 2013

**BY ECF**
Honorable William F. Kuntz
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Charles Steed v. The City of New York, et al.</u>, 12-CV-1799 (WFK) (JO)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department recently assigned to handle the defense of the above-referenced matter on behalf of defendants. In that capacity, I write with consent of plaintiff's counsel, Darius Wadia, Esq., to respectfully request a one month extension of time, until June 28, 2013, in order for the parties to file the Joint Pretrial Order. The reason for this request is that I was only recently assigned to handle this matter after Special Assistant Corporation Counsel Andrew Owen, the attorney who handled the entirety of discovery in this case, left the office. As such, the requested extension is necessary so that I can sufficiently familiarize myself with the evidence on the record thereby allowing the parties to prepare a thoughtful Joint Pretrial Order.

        In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

        Respectfully submitted,

        Brian Francolla
        Senior Counsel
        Special Federal Litigation Division

cc: Darius Wadia, Esq. (by ECF)
*Attorney for Plaintiff*